3/23/17     84,917-03

To Whom this may concern:

I recieved paperwork today concerning my writ of habeas corpus. Inside it had some facts but not all proving I had biased jurors during Voir Dire stage of my trial. I am submitting two transcribed papers which I know I won't recieve back but this evidence needs to be submitted to the courts. There were (3) three biased jurors and not (2) Two. Dakan (24) Melone (26) and (Fly) 32 The trial court nor my trial attorney tried considering (v.3, p.97, l.14-25) or (v.3, p.142, l.19-25) these because it shows them stating a person has to be guilty and when the courts replied (32) Fly wasn't to be struck from the jury the trial attorney stated, "Must be my mistake". These two transcribed quotes were in my writ but the courts skipped them and went on to pg.99 and didn't include pg.142.

Thank You,
Joshua Davis #1780148

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2017

Abel Acosta. Clerk

VENIREPERSONS: (Indicating)

MR. KAYE: Okay. Keep them up because I am going to have to write all this down. Number 9. Put your hand down. 8.

Anyone else on the second row? No one on the second row?

Third row? We have Ms. McNeill.

VENIREPERSON McNEILL: Yes.

MR. KAYE: How are you?

VENIREPERSON McNEILL: Fine.

MR. KAYE: I am going to come back and ask you why you feel that in a minute just because we haven't heard from you today.

Who else on the third row agrees with the indictment, means you have got to be a little bit guilty? I know I have asked you twice before, but what is your name, please?

VENIREPERSON DAKAN: Alana Dakan. 24.

MR. KAYE: Got you. Okay. 24. Who else?

VENIREPERSON MELONE: (Indicating)

MR. KAYE: 26. Melone.

And back row, who agrees with that?

VENIREPERSONS: (Indicating)

MR. KAYE: You are 29. 30. 32. Thank you very much.

her.  Thank you very much, Ms. Taylor.

VENIREPERSON TAYLOR:  Thank you.

THE COURT:  All right.

Next is Number 30.  Do we really need to talk to Mr. Sides?

MR. CLAYTON:  I would just as soon, I think probably by agreement, we could let him go.

MR. KAYE:  Which one was he?

MR. CLAYTON:  Sides is the one that is always going to believe the police officer.  He knew the hot buttons to get off jury service.

MR. KAYE:  Yes, that's fine with me to excuse him.

THE COURT:  Okay.  I am going to excuse Number 30, Gary Sides, for cause.

Okay.  Let me see where we are now.  We have got seven that we have struck up to 39, so that should be it.  The next one was 46.

MR. KAYE:  I thought it was 32.

THE COURT:  Ms. Fly.  I didn't call her name.

MR. CLAYTON:  No.

MR. KAYE:  All right.  I'm not sure why I have a note by her.  Must be my mistake.

THE COURT:  So that's it.